# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

ANTWAUN VONTRELL LEE,

    Plaintiff,

v.                                                                     Case No. 1:19-cv-320-AW-GRJ

CORIZON HEALTH SERVS., et al.,

    Defendants.

_____/

## ORDER

I have reviewed the Magistrate Judge's January 27, 2020 Report and Recommendation. ECF No. 11. No objections have been filed. I have determined that the Report and Recommendation should be adopted. The Report and Recommendation is adopted and incorporated by reference in this Order. Plaintiff's claims against Defendant Corizon Health Services in the First Amended Complaint, ECF No. 8, are dismissed without leave to amend.

SO ORDERED on March 17, 2019.

                                               s/ *Allen Winsor*
                                               United States District Judge