IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTWAUN VONTRELL LEE,

    Plaintiff,

v.                                        Case No. 1:19-cv-320-AW-GRJ

DR. MICHAEL AMIEL,

    Defendant.

_____/

## ORDER

The magistrate judge has entered a report and recommendation (ECF No. 30), to which no objections have been filed. The report and recommendation was sent to the plaintiff but returned as undeliverable. The clerk then resubmitted it to the plaintiff's last known address. The plaintiff was instructed to update the court with address changes. ECF No. 3 at 2.

Having carefully considered the report and recommendation, I now conclude it should be adopted. It is incorporated into this order. The motion to dismiss (ECF No. 26) is granted, and the complaint (ECF No. 8) is dismissed for failure to state a claim.

The plaintiff will be given one final opportunity to try to state a claim. He has 14 days to file a second amended complaint. If he timely files a second amended

1

complaint, the matter will be returned to the magistrate judge for further proceedings. If he does not, final judgment will enter.

SO ORDERED on January 26, 2021.

s/ *Allen Winsor*<br>United States District Judge